■ Nancy E. Kieffer, Respondent, v Leonard P. Kieffer, Appellant. (Appeal No. 2.)—Order unanimously reversed on the law without costs and motion denied. Same memorandum as in Kieffer v Kieffer ([appeal No. 1] 163 AD2d 907 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Doyle, J.—counsel fees.) Present—Denman, J. P., Boomer, Pine, Balio and Lowery, JJ.